Gregg D. Johnson, OSB No. 832532
E-mail: gdj@aterwynne.com
ATER WYNNE LLP
1331 NW Lovejoy Street, Suite 900
Portland, OR 97209-3280
Telephone: 503/226-1191
Fax: 503/226-0079

*Attorneys for Summit Properties Partnership*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF OREGON**

In re

**STATES INDUSTRIES, INC.,**

Debtor-in-Possession

Case No. 10-65148-fra11

**DECLARATION OF HENRY P. VAN HOY, II, IN SUPPORT OF LANDLORD'S OBJECTION**
**(North Carolina Facility)**

Under penalty of perjury, I hereby declare as follows:

1. I am a partner in the law firm of Martin & Van Hoy, LLP, located in North Carolina. I am over the age of eighteen and am competent to testify to the facts set forth herein.

2. I have represented Summit Properties Partnership in connection with its lease to States Industries, Inc., and in connection with the suit I filed in North Carolina against States Industries.

3. After the suit was filed and States Industries had ceased operations on the premises, I received copies of emails sent by States Industries wherein States had contacted my client for purposes of removing certain of its assets from the leased premises. My client did not block States' access to its assets.

Page 1 - DECLARATION OF HENRY P. VAN HOY, II, IN SUPPORT OF LANDLORD'S OBJECTION

ATER WYNNE LLP
1331 NW LOVEJOY STREET, SUITE 900
PORTLAND, OR 97209-3280
(503) 226-1191

1048347/1/GDJ/105238-0001

4. Since learning that States Industries had filed bankruptcy, I have been awaiting receipt of a motion from States indicating whether it intended to assume or reject its lease with my client. I learned of States' decision to reject only after September 17, 2010, when States filed its pending motion.

I declare under penalty of perjury that I have read the foregoing declaration and the statements are true and correct to the best of my knowledge, information, and belief.

By: ____________________
Henry P. Van Hoy, II

Page 2 - DECLARATION OF HENRY P. VAN HOY, II, IN SUPPORT OF LANDLORD'S OBJECTION

ATER WYNNE LLP
1331 NW LOVEJOY STREET, SUITE 900
PORTLAND, OR 97209-3280
(503) 226-1191

1048347/1/GDJ/105238-0001

Gregg D. Johnson, OSB No. 832532
E-mail: gdj@aterwynne.com
ATER WYNNE LLP
1331 NW Lovejoy Street, Suite 900
Portland, OR 97209-3280
Telephone: 503/226-1191
Fax: 503/226-0079

*Attorneys for Summit Properties Partnership*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF OREGON**

| | |
|---|---|
| In re<br><br>**STATES INDUSTRIES, INC.,**<br><br>Debtor-in-Possession | Case No. 10-65148-fra11<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that I served the foregoing *DECLARATION OF HENRY P. VAN HOY, II, IN SUPPORT OF LANDLORD'S OBJECTION (North Carolina Facility)* on the following:

**VIA CM/ECF:**

**STEPHEN P ARNOT** steve.arnot@bullivant.com, may.flores@bullivant.com

**JENNIFER A BECKER** jab@brownrask.com, jdm@brownrask.com

**BRADLEY S COPELAND** bcopeland@agsprp.com, soconnor@agsprp.com

**STEVEN M HEDBERG** shedberg@perkinscoie.com, ltwombly@perkinscoie.com; docketpor@perkinscoie.com

**THOMAS K HOOPER** bmail@hooplaw.com, tgranados@hooplaw.com

**MARC KARDELL** marc.kardell@co.lane.or.us, diana.jones@co.lane.or.us; lisa.lacey@co.lane.or.us

**KEITH D KARNES** kkarnes@olsendaines.com, kkarnesnotices@gmail.com; gandermatt@olsendaines.com; jahlstrom@olsendaines.com; rdorman@olsendaines.com;

noticeood@gmail.com; mreinen@olsendaines.com; dhanna@olsendaines.com; sdelgado@olsendaines.com

**MATHEW W LAURITSEN** mlauritsen@balljanik.com, akimmel@balljanik.com

**JUSTIN D LEONARD** jleonard@bjllp.com, jweisenbach@balljanik.com

**DAVID B LEVANT** dblevant@stoel.com, docketclerk@stoel.com

**DAVID B MILLS** davidbmills@comcast.net, davidbmills@cs.com

**WILSON C MUHLHEIM** ecf@mb-lawoffice.com

**BRANDY A SARGENT** basargent@stoel.com, docketclerk@stoel.com;pdschreiber@stoel.com

**DOUGLAS R SCHULTZ** schultz@gleaveslaw.com, kirsten@gleaveslaw.com

**BRAD T SUMMERS** tsummers@balljanik.com, akimmel@balljanik.com

**JEANETTE L THOMAS** JThomas@perkinscoie.com, etherrien@perkinscoie.com; docketpor@perkinscoie.com

**US Trustee, Eugene** USTPRegion18.EG.ECF@usdoj.gov

**Thomas K Hooper** 2 bmail@hooplaw.com, tgranados@hooplaw.com

**VIA US MAIL:**

Commonwealth Plywood Co Ltd
Attn: Johnny D'Orazio
15 Labelle, PO Box 90
St. Therese, Quebec
CANADA J7E 4H9

Rosboro LLC
Attn: Richard Babcock
POB 20
Springfield, OR 97477

Coyote Logistics LLC
Bruce E. Mitchell, Esq.
3390 Peachtree Rd NE #520
Atlanta, GA 30326

MARK E HINDLEY
201 S Main St #1100
Salt Lake City, UT 84111

Gross Veneer Sales Inc
Attn: Robert D. Gross
PO Box 5212
High Point, NC 27262

Dietrich Veneer Sales Inc
Attn: Bud Dietrich
9825 SE Lawnfield Rd
Clackamas, OR 97015

Manthei Incorporated
Attn: Jason Miller
3996 US 31
Petoskey, MI 49770

IRS
Attn: S Anderson
300 County Club Rd #260
Eugene, OR 97401

CUIBONO LLC
C/O THOMAS P. HERRMAN
975 OAK ST, STE 800
EUGENE OR 97401

M FIVE, LLC
PO BOX 7037
EUGENE, OR 97401

M FIVE, LLC
C/O THOMAS P.E. HERMANN,
REGISTERED
AGENT, 975 OAK ST, #800
EUGENE OR 97401

PRIZM, LLC
PO BOX 7037
EUGENE, OR 97401

PRIZM, LLC
C/O THOMAS P.E. HERMANN,
REGISTERED
AGENT 975 OAK ST, #800
EUGENE OR 97401

THREE PLUS THREE
C/O THOMAS P. HERRMAN
975 OAK ST, STE 800
EUGENE OR 97401

KEY EQUIPMENT FINANCE
66 SOUTH PEARL STREET
ALBANY, NY 12207

KEY CORPORATE CAPITAL INC.
66 SOUTH PEARL STREET
ALBANY, NY 12207

KEY EQUIPMENT FINANCE, INC.,
C/O CORPORATION SERVICE COMPANY
285 LIBERTY STREET NE
SALEM, OR 97301

KEY EQUIPMENT FINANCE, INC.
ATTN: JEANNE L. EARLY, SECRETARY
1000 SOUTH MCCASLIN BLVD
SUPERIOR, CO 80027

PITNEY BOWES INC.
RESOLUTION DEPT
2225 AMERICAN DRIVE
NEENAH WI 54946

PITNEY BOWES, INC.
PO BOX 856390
LOUISVILLE, KY 40285-6042

PITNEY BOWES GLOBAL FINANCIAL
SERVICES
PO BOX 856460
LOUISVILLE, KY 40285-6460

CELTIC LEASING CORP
ATTN: MANAGING AGENT
4 PARK PLAZA, STE 300
IRVINE CA 92614

CELTIC LEASING CORP.
C/O CONRAD F. HOEHNER III,
REGISTEREDAGENT
4 PARK PLAZA, SUITE 300
IRVINE, CA 92614

IKON FINANCIAL SERVICES
1738 BASS ROAD
MACON, GA 31210

IKON FINANCIAL SERVICES
C/O STEVEN J. TOENISKOETTER,
AUTHORIZEDREP.
10 RIVERVIEW DRIVE
DANBURY, CT 06810

GE CAPITAL INFORMATION TECHNOLOGY
SERVICES, INC. DBA IKON FINANCIAL SERVICES
ATTN: JOSEPH CISTULLI, SECRETARY
300 EAST JOHN CARPENTER FREEWAY
IRVING, TX 75062

GE CAPITAL INFORMATION TECHNOLOGY
SERVICES, INC., DBA IKON FINANCIAL SERVICES
C/O CT CORPORATION SYSTEM
388 STATE STREET, SUITE 420
SALEM, OR 97301

ICB LEASING CORP
ATTN: MANAGING AGENT
551 FIFTH AVE.
NEW YORK, NY 10176

SOVEREIGN BANK
SUCCESSOR BY MERGER TO
ICB LEASING CORP.
ATTN: MANAGING AGENT
3 HUNTINGTON QUAD, SUITE 101N
MELVILLE, NY 11747

SOVEREIGN BANK
ATTN: LEGAL DEPARTMENT
1130 BERKSHIRE BLVD.
WYOMISSING, PA 19610

KEY EQUIPMENT FINANCE
66 SOUTH PEARL STREET
ALBANY, NY 12207

KEY CORPORATE CAPITAL INC.
66 SOUTH PEARL STREET
ALBANY, NY 12207

KEY EQUIPMENT FINANCE, INC.
C/O CORPORATION SERVICE COMPANY
285 LIBERTY STREET NE
SALEM, OR 97301

KEY EQUIPMENT FINANCE, INC.
ATTN: JEANNE L. EARLY, SECRETARY
1000 SOUTH MCCASLIN BLVD
SUPERIOR, CO 80027

CIT TECHNOLOGY FINANCING SERVICES, INC.
ATTN: MANAGING AGENT
10201 CENTURION PARKWAY N.
JACKSONVILLE FL 32256

CIT TECHNOLOGY FINANCING SERVICES, INC.
ATTN: ERIC S. MANDELBAUM, SECRETARY
1 CIT DRIVE
LIVINGSTON, NJ 07039

CIT TECHNOLOGY FINANCING SERVICES, INC.
C/O CT CORPORATION SYSTEM
388 STATE STREET, SUITE 420
SALEM, OR 97301

FORD MOTOR CREDIT COMPANY
C/O THOMAS K HOOPER
HOOPER ENGLUND & WEIL LLP
1001 SW 5TH AVE, STE 2150
PORTLAND, OR 97204

FORD MOTOR CREDIT COMPANY
ATTN: SUSAN J. THOMAS, SECRETARY
1 AMERICAN ROAD
DEARBORN, MI 48126

FORD MOTOR CREDIT COMPANY
C/O CT CORPORATION SYSTEM
388 STATE STREET, SUITE 420
SALEM, OR 97301

FORD MOTOR CREDIT
C/O THE CORPORATION COMPANY
30600 TELEGRAPH ROAD
BINGHAM FARMS, MI 48025

FORD CREDIT
NAT BNCY SERVICE CENTER
POB 537901
LIVONIA, MI 48153-7901

TOYOTA FINANCIAL SERVICES
C/O THOMAS K HOOPER
HOOPER ENGLUND & WEIL LLP
1001 SW 5TH AVE, STE 2150
PORTLAND, OR 97204

TOYOTA MOTOR CREDIT CORPORATION
C/O CT CORPORATION SYSTEM
388 STATE STREET, SUITE 420
SALEM, OR 97301

TOYOTA FINANCIAL SERVICES
C/O THE CORPORATION TRUST COMPANY
1209 ORANGE STREET
WILMINGTON, DE 19801

TOYOTA FINANCIAL SERVICES
BANKRUPTCY NOTICES
POB 8026
CEDAR RAPIDS, IA 52409-8026

TOYOTA MOTOR CREDIT CORPORATION DBA
TOYOTA FINANCIAL SERVICES
ATTN: DAVID PELLICCIONI, SECRETARY
19001 S. WESTERN AVENUE
TORRANCE, CA 90501

VERIZON
PO BOX 96082
BELLEVUE, WA 98009-9682

INDUSTRIAL FINISHES & SYSTEMS, INC.
ATTN: MANAGING AGENT
P.O. BOX 2824, EUGENE OR 97402

INDUSTRIAL FINISHES & SYSTEMS, INC.
ATTN: GLENN DUCKWORTH, PRESIDENT
3455 WEST FIRST AVENUE
EUGENE, OR 97402

INDUSTRIAL FINISHES & SYSTEMS, INC.
C/O STUART BARR, REGISTERED AGENT
3455 WEST FIRST AVENUE
EUGENE, OR 97402

ARMSTRONG WORLD INDUSTRIES INC.
C/O TIM SCHUETZE
2500 COLUMBIA AVE
LANCASTER PA 17603

LOWE'S COMPANIES, INC.
P.O. BOX 1000
MOORESVILLE, NC 28115

LOWE'S COMPANIES, INC.
C/O ERIK A. SCHWANZ
SENIOR COUNSEL
P.O. BOX 1000 (MAIL CODE NB6LG)
MOORESVILLE, NC 28115

LOWE'S COMPANIES, INC.
ATTN: OWEN DEMENY
MERCHANDISING DIRECTOR
1000 LOWE'S BLVD
MOORESVILLE, NC 28717

LOWE'S COMPANIES, INC.
ATTN: SCOTT SHIPMAN
MERCHANDISING DIRECTOR
1000 LOWE'S BLVD
MOORESVILLE, NC 28717

CAPITAL ADVANCE LEASING, INC.
485 EAST 17TH STREET, SUITE 300
COSTA MESA, CA 92627

CAPITAL ADVANCE LEASING, INC.
ATTN: MANAGING AGENT
620 NEWPORT CENTER DRIVE, SUITE 1100
NEWPORT BEACH, CA 92660

CAPITAL ADVANCE LEASING, INC.
C/O WILLIAM SCOTT MCCULLUM, REGISTERED AGENT
620 NEWPORT CENTER DRIVE, SUITE 1100
NEWPORT BEACH, CA 92660

IOS CAPITAL, LLC
ATTN: RUSSELL SLACK, MANAGING AGENT
1738 BASS ROAD
MACON, GA 31210

IOS CAPITAL, LLC
C/O CT CORPORATION SYSTEM
388 STATE STREET, SUITE 420
SALEM, OR 97301

TCF EQUIPMENT FINANCE, INC.
ATTN: CRAIG R. DAHL, PRESIDENT
11100 WAYZATA BLVD., SUITE 801
MINNETONKA, MN 55305

TCF EQUIPMENT FINANCE, INC.
C/O CT CORPORATION SYSTEM
388 STATE STREET, SUITE 420
SALEM, OR 97301

INFOR
10897 RIVERFRONT PKWY
SOUTH JORDAN, UT 84095

ADP
3300 OLCOTT ST
SANTA CLARA CA 95054

HELP/SYSTEMS
6533 FLYING CLOUD DRIVE, STE 200
EDEN PRAIRIE, MN 55344

IBM
1 NEW ORCHARD ROAD
ARMONK, NY 10504-1722

SHORETEL
960 STEWARD DR.
SUNNYVALE, CA 94085

MICROSOFT WAY
ONE MICROSOFT WAY
REDMOND WA 98052

INFORM DECISIONS
30162 TOMAS, SUITE 101
RANCHO SANTA MARGARITA, CA 92688

SEQUEL SOFTWARE
6533 FLYING CLOUD DR., SUITE 200
EDEN PRAIRIE, MN 55344

INSIGHT
NORTH AMERICA HEADQUARTERS
6820 SOUTH HARL AVENUE
TEMPE, AZ 85283

CORE TECHNOLOGIES
1224 NE WALNUT STREET
ROSEBURG, OR 9747

DATED this 8th day of October, 2010

By: /s/ Gregg D. Johnson
Gregg D. Johnson, OSB # 832532

ATER WYNNE LLP
1331 NW LOVEJOY STREET, SUITE 900
PORTLAND, OR 97209-3280
(503) 226-1191